# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHARY HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERRA NISSAN OLDSMOBILE, INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-1731-ACA |

## DEFENDANTS SERRA NISSAN OLDSMOBILE, INC. AND SERRA AUTOMOTIVE MANAGEMENT GROUP, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Defendants Serra Nissan Oldsmobile, Inc. and Serra Automotive Management Group, Inc. ("Serra"), by and through undersigned counsel, respectfully move this Court for entry of Partial Summary Judgment pursuant to Fed. R. Civ. P. 56.

As grounds for this Motion, Serra states that there is no genuine dispute as to any material fact with respect to certain allegations asserted by Plaintiff, and that Serra is entitled to judgment as a matter of law to those allegations. The specific allegations at issue are identified and addressed in Serra's Memorandum of Law in Support of this Motion, which will be filed within one business day pursuant to Appendix II of the Court's Initial Order (Doc. 6).

In support of this Motion, Serra relies upon all prior pleadings and filings in this matter, as well as the exhibits attached to its Evidentiary Submission being filed contemporaneously herewith.

WHEREFORE, for the reasons that will be set forth in the forthcoming memorandum of law and supporting exhibits, Serra respectfully requests that this Court grant its Partial Motion for Summary Judgment and enter judgment in Serra's favor as to the specified allegations.

Submitted this 27th day of June, 2025.

|  |  |
|---|---|
|  | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| Bank of America Plaza<br>600 Peachtree Street NE<br>Suite 4700<br>Atlanta, GA 30308<br>Telephone: (404) 348-8585<br>Facsimile:  (404) 467-8845<br>Chris.Collier@lewisbrisbois.com<br>Chandler.Emmons@lewisbrisbois.com | */s/ Chandler J. Emmons*<br>S. Christopher Collier<br>Alabama Bar No.: COL114<br>Chandler J. Emmons<br>*Admitted Pro Hac Vice*<br>*Counsel for Serra Nissan Oldsmobile, Inc.*<br>*and Serra Automotive Management, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing **DEFENDANTS SERRA NISSAN OLDSMOBILE, INC., AND SERRA AUTOMOTIVE MANAGEMENT GROUP, INC.S PARTIAL MOTION FOR SUMMARY JUDGMENT** upon all parties to this matter using the CM/ECF filing system, which will automatically send a copy of same to all counsel of record addressed as follows:

Thomas C. Donald
Michael E. Parrish
**ALABAMA CAR LAWYERS, LLC**
1707 29th Court South
Birmingham, Alabama 35209
cdonald@alabamacarlaw.com
mparrish@alabamacarlaw.com
*Counsel for Plaintiff*

Respectfully submitted this 27th day of June, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
Telephone: (404) 348-8585
Facsimile: (404) 467-8845
Chris.Collier@lewisbrisbois.com
Chandler.Emmons@lewisbrisbois.com

*/s/ Chandler J. Emmons*
S. Christopher Collier
Alabama Bar No.: COL114
Chandler J. Emmons
*Admitted Pro Hac Vice*
*Counsel for Serra Nissan Oldsmobile, Inc. and Serra Automotive Management, Inc.*